UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LUIS ALONSO HIDALGO, III,<br><br>　　　　　　　　Petitioner,<br>　　v.<br>ROBERT LEGRAND, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:16-cv-00618-MMD-WGC<br><br>ORDER |

　　Petitioner having filed a motion for extension of time (fourth request) (ECF No. 17), and good cause appearing, it is therefore ordered that petitioner's motion for extension of time (fourth request) (ECF No. 17) is granted. Petitioner will have through January 5, 2018, to file and serve an amended petition for a writ of habeas corpus.

　　DATED THIS 4th day of December 2017.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE