UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUIS ALONSO HIDALGO, III,<br><br>                 Petitioner,<br>    v.<br>ROBERT LEGRAND, *et al.*,<br><br>                 Respondents. | Case No. 3:16-cv-00618-MMD-WGC<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (second request) (ECF No. 37).

Good cause appearing, it is therefore ordered that Respondents' unopposed motion for enlargement of time (second request) (ECF No. 37) is granted. Respondents will have through February 11, 2019, to file and serve a response to the second amended petition (ECF No. 33).

DATED THIS 2nd day of January 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE