# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUIS A. HIDALGO, | Case No. 3:16-cv-00618-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| ROBERT LeGRAND, *et al.*, | |
| Respondents. | |

Petitioner's motion for an extension of time (ECF No. 52) is granted in part. While the Court recognizes that counsel needs more time to respond to the pending motion to dismiss given that counsel did not prepare the operative petition, the Court endeavors to resolve the pending motion to dismiss by the end of September to avoid further delay in this case. The Court will grant Petitioner until August 14, 2019 to file a response to Respondents' motion to dismiss.

DATED THIS 4th day of June 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE