UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUIS ALONSO HIDALGO, III,<br><br>                  Petitioner,<br>v.<br>ROBERT LEGRAND, *et al.*,<br><br>                  Respondents. | Case No. 3:16-cv-00618-MMD-WGC<br><br>ORDER |

Following upon the motion to withdraw as counsel (ECF No. 54), filed by Russell E. Marsh, Esq., counsel for Petitioner;

It is therefore ordered that counsel for Petitioner must file a declaration describing in detail the conflict of interest that he has with Petitioner. Counsel should file the declaration under seal, for *in camera* review by the Court. Counsel for Petitioner should not serve a copy of the declaration upon Respondents. The declaration is due on Friday, August 16, 2019.

It is further ordered that Petitioner need not file a response to the motion to dismiss (ECF No. 40) until further order of the Court.

DATED THIS 12th day of August 2019.

                                                         MIRANDA M. DU
                                                         UNITED STATES DISTRICT JUDGE