# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUIS ALONSO HIDALGO, III,<br><br>Petitioner,<br>v.<br>ROBERT LEGRAND, *et al.*,<br><br>Respondents. | Case No. 3:16-cv-00618-MMD-WGC<br><br>ORDER |

Having reviewed *in camera* the declaration filed by Russell E. Marsh, Esq., counsel for Petitioner, the Court determines that counsel has valid reasons to seek withdrawal.

It is therefore ordered that the motion to withdraw as counsel (ECF No. 54) is granted. The representation of Petitioner by Russell E. Marsh, Esq., is terminated.

It is further ordered that the Clerk of the Court send a copy of this order to Kim Driggers at the Office of the Federal Public Defender, who must locate substitute counsel for Petitioner.

The Clerk of the Court is also directed to send a copy of this order to Petitioner himself, Luis A. Hidalgo, #1038133, Lovelock Correctional Center, 1200 Prison Rd., Lovelock, NV 89419.

DATED THIS 19th day of August 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE