UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LUIS ALONSO HIDALGO, III,<br><br>                Petitioner,<br>    v.<br>ROBERT LEGRAND, *et al.*,<br><br>                Respondents. | Case No. 3:16-cv-00618-MMD-WGC<br><br>ORDER |

Petitioner has filed a motion for extension of time (ECF No. 61). The Court finds good cause exists to grant the motion. It is therefore ordered that Petitioner will have up to and including August 7, 2020, to file and serve a third amended petition.

DATED THIS 9th day of April 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE