UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LUIS ALONSO HIDALGO, III,<br><br>　　　　　　　　Petitioner,<br>　v.<br>ROBERT LEGRAND, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:16-cv-00618-MMD-WGC<br><br>ORDER |

Respondents in this action have filed an unopposed motion for enlargement of time (first request). (ECF No. 68 ("Motion").) The Court finds good cause exists to grant the Motion. Respondents will have up to and including March 19, 2021, to file a response to Petitioner Luis Hidalgo's third amended petition (ECF No. 67).

DATED THIS 3rd Day of February 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE