UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUIS ALONSO HIDALGO, III,<br><br>　　　　　　　Petitioner,<br>　v.<br>ROBERT LEGRAND, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:16-cv-00618-MMD-WGC<br><br>ORDER |

Petitioner Luis Hidalgo has filed a motion for extension of time (first request). (ECF No. 72 ("Motion").) The Court finds good cause exists to grant the Motion. Petitioner will have up to and including May 28, 2021, to file a response to Respondents' motion to dismiss (ECF No. 70).

DATED THIS 29th Day of March 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE