# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUIS ALONSO HIDALGO, III,<br><br>Petitioner,<br>v.<br><br>ROBERT LEGRAND, *et al.*,<br><br>Respondents. | Case No. 3:16-cv-00618-MMD-WGC<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (first request). (ECF No. 75 ("Motion").) The Court finds good cause exists to grant the Motion. Respondents will have up to and including July 19, 2021, to file a reply in support of their motion to dismiss (ECF No. 70).

DATED THIS 4th Day of June 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE