UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LUIS ALONSO HIDALGO, III,<br><br>Petitioner,<br>v.<br><br>ROBERT LEGRAND, *et al.*,<br><br>Respondents. | Case No. 3:16-cv-00618-MMD-WGC<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (second request). (ECF No. 77 ("Motion").) The Court finds good cause exists to grant the Motion. Respondents will have up to and including September 2, 2021, to file a reply in support of their motion to dismiss (ECF No. 70).

DATED THIS 19th Day of July 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE