UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LUIS ALONSO HIDALGO, III,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>ROBERT LEGRAND, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:16-cv-00618-MMD-WGC<br><br>ORDER |

　　　This is a habeas corpus action under 28 U.S.C. § 2254. Previously, the Court granted in part Respondents' motion to dismiss, finding in relevant part that Petitioner Luis Hidalgo had not exhausted his state-court remedies for Ground 16 of the Third Amended Petition. (ECF No. 83.) Hidalgo has filed a motion to continue his remaining grounds and dismiss Ground 16 only. (ECF No. 84.) Respondents have not filed a response. The Court finds good cause exists to grant the motion.

　　　It is therefore ordered that Petitioner Luis Hidalgo's motion to continue his remaining grounds and dismiss Ground 16 only (ECF No. 84) is granted. Ground 16 of the Third Amended Petition is dismissed from this action.

　　　It is further is ordered that Respondents will have 60 days from the date of entry of this order to file and serve an answer, which must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. Hidalgo will have 30 days from the date on which the answer is served to file a reply.

　　　DATED THIS 5th Day of January 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE