UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUIS ALONSO HIDALGO, III,<br><br>　　　　　　　　Petitioner,<br>　v.<br>ROBERT LEGRAND, *et al.*,<br>　　　　　　　　Respondents. | Case No. 3:16-cv-00618-MMD-CSD<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (first request). (ECF No. 88 ("Motion").) The Court finds that good cause exists to grant the Motion.

Petitioner Luis Hidalgo has filed a proper-person supplement to the third amended petition. (ECF No. 89.) Petitioner cannot file proper-person documents in this action because counsel represents him. *See* LR IA 11-6(a). As such, the Court will strike these documents.

It is therefore ordered that Respondents' Motion (ECF No. 88) is granted. Respondents will have up to and including May 6, 2022, to file an answer to the remaining claims in the third amended petition (ECF No. 67).

The Clerk of Court is directed to strike the proper-person supplement to the third amended petition (ECF No. 89).

DATED THIS 7th Day of March 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE