1

2

3                           UNITED STATES DISTRICT COURT

4                                DISTRICT OF NEVADA

5                                       * * *

6    LUIS ALONSO HIDALGO, III,                    Case No. 3:16-cv-00618-MMD-CSD

7                          Petitioner,                          ORDER

         v.
8
     ROBERT LEGRAND, et al.,
9
                           Respondents.
10

11         Respondents having filed an unopposed motion for enlargement of time (second

12   request). (ECF No. 91.) The Court finds that good cause exists to grant the motion.

13         It is therefore ordered that Respondents' unopposed motion for enlargement of

14   time (ECF No. 91) is granted. Respondents will have up to and including May 20, 2022,

15   to file and serve an answer to the remaining claims in Petitioner Luis Hildalgo's third

16   amended petition.

17         DATED THIS 10th Day of May 2022.

18

19

20                                            _____
                                              MIRANDA M. DU
21                                            CHIEF UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28