UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUIS ALONSO HIDALGO, III,<br><br>　　　　　　　Petitioner,<br>　v.<br>ROBERT LEGRAND, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:16-cv-00618-MMD-CSD<br><br>ORDER |

　　　Petitioner Luis Hidalgo has filed an unopposed motion for extension of time (first request). (ECF No. 95.) The Court finds that good cause exists to grant the motion.

　　　It is therefore ordered that Hidalgo's unopposed motion for extension of time (ECF No. 95) is granted. Hidalgo will have up to and including July 19, 2022, to file and serve a reply to the third amended petition.

　　　DATED THIS 17th Day of June 2022.

_____
MIRANDA M. DU,
CHIEF UNITED STATES DISTRICT JUDGE