UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LUIS ALONSO HIDALGO, III,<br><br>　　　　　　　　Petitioner,<br>　v.<br>ROBERT LEGRAND, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:16-cv-00618-MMD-CSD<br><br>ORDER |

Petitioner Luis Hidalgo has filed an unopposed motion for extension of time (second request). (ECF No. 97.) The Court finds that good cause exists to grant the motion.

It is therefore ordered that Hidalgo's unopposed motion for extension of time (ECF No. 97) is granted. Hidalgo will have up to and including August 2, 2022, to file and serve a reply to the third amended petition.

DATED THIS 20th Day of July 2022.

_____
MIRANDA M. DU,
CHIEF UNITED STATES DISTRICT JUDGE